UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# 04 11823 RGS

---

TRUSTEES OF THE PLUMBERS AND GASFITTERS'
LOCAL UNION NO. 12 WELFARE, PENSION,
ANNUITY & EDUCATION FUNDS, LMCT FUND,
INDUSTRY FUND, PLUMBERS UNION LOCAL 12 and
its FRINGE BENEFIT FUNDS

            Plaintiffs

VS.

A&J MECHANICAL, INC. f/k/a HARDING AND
SMITH, INC.

            Defendant

MAGISTRATE JUDGE No. _____

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM August 18, 2004
MCF ISSUED _____
BY DPTY. CLK _____
DATE _____

---

## ERISA AND LMRA COMPLAINT FOR COLLECTION
## OF DELINQUENT CONTRIBUTIONS AND DEDUCTIONS OWED

1.      This is an action under the Employee Retirement Income Security Act of

1974 ("ERISA"), 29 USC §1001, et seq., as amended by the Multi-Employer Pension Plan

Amendments Act, 29 U.S.C. §1381 et seq., and the Labor Management Relations Act of

1947 as amended ("LMRA"), 29 U.S.C. § 141 et seq., 29 U.S.C. § 185, brought by the

Trustees of the Plumbers and Gasfitters' Local Union No. 12 Welfare, Pension, Annuity &

Education Funds, the LMCT Fund, the Industry Improvement Fund and Plumbers Union

Local 12 Fringe Benefit Funds (collectively "the Funds") for damages arising from unpaid

Funds contributions and deductions owed to the Funds by Defendant A&J Mechanical, Inc.

f/k/a Harding and Smith, Inc. ("HSI").

2.    This Court has jurisdiction pursuant to section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1) and (2); 29 U.S.C. § 1132(e)(1) and (2), and pursuant to section 301(a) of the LMRA, 29 U.S.C. § 185(a).  Venue is proper pursuant to section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), and section 301(a) of the LMRA, 29 U.S.C. § 185(a).

3.    Defendant HSI is a Massachusetts corporation with a principal place of business located at 27 Renmar Avenue, Walpole, MA 02081 and at all material times was an "employer" within the meaning of section 3(5) of ERISA, 29 U.S.C. §1002(5), and within the meaning of section 501(3) of the LMRA, 29 U.S.C. § 142(3) and was engaged in an industry affecting commerce within the meaning of sections 3(1) and (12) of ERISA, 29 U.S.C. § 1002 (11) and (12), and within the meaning of section 501(1) of the LMRA, 29 U.S.C. § 142(1).

4.    Along with other employers in the Greater Boston Association of Plumbing, Heating, Cooling Contractors, HSI is signatory to a Collective Bargaining Agreement (the "CBA") with Plumbers and Gasfitters' Local Union No. 12 of the United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry, AFL-CIO (the "Union") a "labor organization" within the meaning of 29 U.S.C. §152(5).  At all relevant times, HSI was signatory to the CBA with the Union.

5.    The CBA binds the Employer to the Funds' Agreements and Declarations of Trust and also contractually requires the Employer to forward in a timely fashion the hourly contributions to the Trust Funds based upon hours worked by Local 12 Plumbers and Apprentices.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

6.    The CBA contractually requires the Employer to forward hourly deductions from the wages of Local 12 Plumbers and Apprentices that fund the Plumbers Local 12 Fringe Benefit Funds and to forward in a timely fashion such hourly wage deductions to the Fringe Benefit Funds at 1230-1236 Massachusetts Avenue, Boston, Massachusetts 02125.

7.    The Welfare, Pension, Annuity, & Education Funds are administered by Plaintiffs, Trustees of said Trust Funds, who are "fiduciaries" within the meaning of section 3 (21) (A) of ERISA, 29 U.S.C. § 1002 (21) (A).

8.    The Plaintiff Welfare, Pension, Annuity & Education ERISA Trust Funds are jointly trusteed labor-management trust funds created and maintained pursuant to section 302(c)(5) of the LMRA, 29 U.S.C. § 186 (c)(5).  Plaintiff Trustees are third-party beneficiaries of the CBA.  Each Trust Fund is an "employee benefit plan" or "plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C. §1002 (3).  The Trust Funds are multi-employer plans as defined in section 3(37) (A) of ERISA, 29 U.S.C. § 1002(37) (A).  The Trust Funds have their principal office and are administered at 1230-1236 Massachusetts Avenue, Boston, Massachusetts 02125.  HSI is contractually bound under the terms of the CBA to forward, in a timely fashion to the Funds' office, Trust Funds contributions based upon hours worked by Local 12 Plumbers and Apprentices.

9.    The Plaintiff, Labor Management Cooperative Trust ("LMCT") Fund is a jointly managed Trust Fund established pursuant to LMRA Section 186(c)(9) for purposes described in Section 5(b) of the Labor Management Cooperation Act of 1978.  HSI is contractually bound under the terms of the CBA to forward, in a timely fashion to the

3

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

Funds' office, Trust Fund contributions based upon hours worked by Local 12 Plumbers and Apprentices.

10.    The Plaintiff Industry Improvement Fund is a Trust organized and administered by Employer representatives to protect and promote the general welfare of the Plumbing and Gasfitting contracting industry.  It is funded by employer contributions based upon hours worked by Local 12 Plumbers and Apprentices.  Pursuant to the terms of the CBA, the contributions are to be forwarded to the Trust Funds' office at 1230-1236 Massachusetts Avenue, Boston, Massachusetts 02125 for distribution to the Industry Improvement Fund.

11.    The Plaintiff Plumbers Union Local 12 and its Fringe Benefit Funds (Vacation and Christmas Fund, the 13th Check Fund, the Organizing Fund, the Building Fund, the Public Relations Fund, and Dues Fund) are funded by deduction from the hourly wages of Local 12 Plumbers and Apprentices at rates determined in the parties' CBA.  HSI is obligated under the terms of the CBA to forward, in a timely fashion, these hourly wage deductions to the Funds' office at 1230-1236 Massachusetts Avenue, Boston, Massachusetts 02125.

12.    Under the terms of the CBA and the Trust Agreements, HSI is required to prepare and forward a single combined monthly remittance report to the Funds' office by the fifteenth (15th) day of the month following the month in which such contributions and deductions were incurred.  The report identifies the names of the Local 12 Plumbers and Apprentices who performed work for the employer during the month, their hours worked,

4

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

and the contributions and deductions owed to the Funds by multiplying the total number of

hours worked, including overtime, by each covered employee in that particular month by

hourly contribution and deduction rates set forth in the CBA.  The report, along with the

contributions and deductions, is delinquent if not received by the aforementioned due date.

13.    Defendant HSI is aware of its responsibility pursuant to the CBA and Trust

Agreements to forward timely reports, contributions and wage deductions.

14.    The CBA and Trust Agreements provide that if contributions to the Funds are

delinquent, the employer shall pay a late fee charge of one percent (1%) per month

compounded monthly on any unpaid delinquent contributions and deductions calculated

from the due date.

**COUNT I:    ERISA - CIVIL ACTION TO COLLECT DELINQUENT CONTRIBUTION**

15.    Plaintiffs incorporate by reference Paragraphs 1-14 above.

16.    Defendant HSI has failed to make the required contributions to the Funds in

violation of Section 515 of ERISA, 29 U.S.C. § 1145.  Defendant is presently delinquent in

contributions owed to the Funds for the months of May, June and July 2004.  The July

report, due on or before August 15, 2004, has not yet been received, but it is estimated, based

upon the June report, that contributions and deductions for July total *$27,000.⁰⁰*.  An actual

number will be provided when the report is received.  Pursuant to 29 U.S.C. § 1132 (a) (3), the

Trust Funds are authorized to enforce 29 U.S.C. § 1145, the ERISA provision that obligates

5

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

employers to make contributions to a multi-employer plan under the terms of the Plans or the Bargaining Agreement.

17.    Each month in which a delinquency arose, Plaintiffs forwarded demand correspondence to Defendants requesting payment of the delinquent contributions and explaining that failure to submit contributions will result in litigation in which Defendant would be required to pay the delinquent contributions and deductions, plus interest, costs and attorney's fees as provided by the CBA and Trust Agreements.  Defendant HSI failed to submit the delinquent contributions.

18.    Each month, Plaintiff Funds forwarded demand correspondence to the Defendants and repeatedly explained that failure to forward timely monthly payments would result in contractually mandated late fee charges.  The Trust Funds are entitled to collect this late fee charge on unpaid contributions pursuant to 29 U.S.C. § 1132 (g) (2). (The actual late fee amount must be recalculated at the time this lawsuit settles or results in judgment.)

**COUNT II:    LABOR MANAGEMENT RELATIONS ACT – BREACH OF CONTRACT ACTION TO COLLECT DELINQUENT CONTRIBUTIONS AND WAGE DEDUCTIONS**

19.    Plaintiffs incorporate by reference Paragraphs 1-18 above.

20.    Defendant HSI has failed to remit the contractually mandated Funds contributions and deductions for the months of May, June and July 2004.

21.    By the above action, Defendant has violated the parties' Collective Bargaining Agreement and Plaintiffs are entitled, pursuant to section 301(a) of the LMRA, 29 U.S.C. § 185(a), to collect the delinquent contributions, deductions and late fees.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

**WHEREFORE, Plaintiffs pray for judgment against Defendant as follows**:

1.    Awarding the Plaintiffs the following:

    (a)    the unpaid contributions for the period of May, June and July 2004 as follows:

| | |
|---|---|
| **May 2004:** | **$18,063.40** |
| **June 2004:** | **25,133.24** |
| **July 2004:** | **27,000.00** (estimated) |

        **TOTAL CONTRIBUTIONS AND WAGE DEDUCTIONS:**  **$70,196.64**

    (b)    delinquent late fees:    **$521.33**

        **Total of (a) through (b)**:    *$70,717.97*

    (c)    subsequent delinquencies that may become due and owing during the pendency of this lawsuit;

    (d)    subsequent late fees that have accrued during the pendency of this lawsuit.

    (e)    interest on delinquent payments from the date of this lawsuit through the date of final payment;

    (f)    liquidated damages in an amount equal to the greater of interest on unpaid contributions or twenty percent (20%) of the unpaid contributions (29 U.S.C. § 1132 (g)(2);

    (g)    all costs and reasonable attorney's fees incurred by the Plaintiffs in connection with this action (29 U.S.C. § 1132 (g) (2) (D); and

2.    Permanently enjoining the Defendant, HIS, from violating its obligation under the terms of its Collective Bargaining Agreement with the Plumbers Union Local 12 to submit timely contributions and deductions and the terms

7

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

of the Agreement and Declarations of Trust to submit timely *contributions* and

*reports* to the Plaintiffs; and

3.    Ordering such other and further relief as this Court may deem just and

proper.

Dated: <u>August 18, 2004</u>

Respectfully submitted,

John M. Brown, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
(860) 290-9610
BBO# 651103

_____

Attorney for Plaintiffs

8

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Complaint has been served by certified

mail, as required by Section 502(h) of the Employee Retirement Income Security Act of

1974, 29 U.S.C. Section 1132(h), this 18th day of August 2004, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
P. O. Box 13163
Baltimore, MD 21203
Attn:    **Employee Plans**


Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
Attn:    **Assistant Solicitor for Plan Benefits Security**


John M. Brown, Esq.


JTF.12TF.HARDING & SMITH, INC.
Complaint.08-18-04

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

JS 44
(Rev. 7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet
(SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS** TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY & EDUCATION FUNDS, LMCT FUND, INDUSTRY FUND, PLUMBERS UNION LOCAL 12 and its FRINGE BENEFIT FUNDS

**DEFENDANTS**

A&J MECHANICAL, INC. f/k/a HARDING AND SMITH, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Norfolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

**(C)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John M. Brown, Esq.
ROBERT M. CHEVERIE & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108        (860) 290-9610

ATTORNEYS (IF KNOWN)

04  11823 RGS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  U.S. Government
     **Plaintiff**

☒ 3  **Federal Question**
     (U.S. Government Not a Party)

☐ 2  U.S. Government
     **Defendant**

☐ 4  **Diversity**
     (Indicate Citizenship of
     Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Breach of Collective Bargaining Agreement and to collect contributions due to Plaintiffs' Funds under ERISA, 29 U.S.C. Sections 185 and 29 U.S.C., Section 1002 et. seq.

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310\ Airplane | ☐ 362 Personal Injury – | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury – | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 hia (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS – Third Party | State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☒ 791 Empl. Ret. Inc. | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | |
| | | ☐ 550 Other (including 1983 Actions) | | | |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
     Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      another district
      (specify)

☐ 6  Multidistrict
      Litigation

☐ 7  Appeal to District
      Judge from Magistrate
      Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND **$90,000.**<sup>00</sup>

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES     ☐ NO

## VIII. RELATED CASE(S)
IF ANY:        (See Instructions):

JUDGE_____      DOCKET NUMBER_____

DATE
August 18, 2004

SIGNATURE OF ATTORNEY OF RECORD

John M. Brown, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)  Trustees of the Plumbers and Gasfitters' Local Union No. 12
Welfare, Pension, Annuity & Education Funds, et al v. A&J Mechanical, Inc. f/k/a Harding and Smith, Inc.

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See
local rule 40.1(a)(1)).

[✓] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

[✓] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
         740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

[ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
         315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
         380, 385, 450, 891.

[ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
         690, 810, 861-865, 870, 871, 875, 900.

[ ] V.   150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in
this district please indicate the title and number of the first filed case in this court.

None

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                              YES [ ]    NO [✓]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
28 USC §2403)

                                                              YES [ ]    NO [✓]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                              YES [ ]    NO [ ]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                              YES [✓]    NO [✓]

7.  Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
40.1(d)).

                                                              YES [ ]    NO [ ]

    A.   If yes, in which division do all of the non-governmental parties reside?

         Eastern Division [ ]       Central Division [ ]       Western Division [ ]

    B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
         agencies,  residing in Massachusetts reside?

         Eastern Division [ ]       Central Division [✓]       Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If
yes, submit a separate sheet identifying the motions)

                                                              YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   John M. Brown, ROBERT M. CHEVERIE & ASSOCIATES, P.C.

ADDRESS   333 East River Drive, Suite 101, East Hartford, CT  06108

TELEPHONE NO.   (860) 290-9610

(Coversheetlocal.wpd - 10/17/02)