UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY & EDUCATION FUNDS, LMCT FUND, INDUSTRY FUND, PLUMBERS UNION LOCAL 12 and its FRINGE BENEFIT FUNDS<br><br>Plaintiffs<br><br>VS.<br><br>A&J MECHANICAL, INC. f/k/a HARDING AND SMITH, INC.<br><br>Defendant | Civil Action No. 04-11823 (RGS)<br><br><br><br>September 20, 2004 |

## NOTICE OF WITHDRAWAL OF COMPLAINT

Pursuant to F.R.C.P. Rule 41(a), the Plaintiff Funds Trustees hereby withdraw the instant Complaint, without prejudice, as the Defendant has paid the delinquent contributions at issue in the Complaint and is current in payment at this time. Additionally, Defendant has not filed an Answer or any responsive pleadings to the Complaint and, therefore, voluntary dismissal pursuant to F.R.C.P. 41(a) is appropriate.

Respectfully submitted,

John M. Brown, Esq.
ROBERT M. CHEVERIE &
  ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
(860) 290-9610
BBO# 651103

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Withdrawal of Complaint has been mailed first class and postage prepaid this 20th day of Septembers 2004 to the following:

A & J MECHANICAL, INC.
f/k/a HARDING AND SMITH, INC.
*c/o Its President:*
John R. Gallagher
27 Renmar Avenue
Walpole, MA 02081

John M. Brown, Esq.

JTF.12FUNDS.HARDING & SMITH.2004
Withdrawal of Complaint.9-20-04

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719